THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9 F.A., by and through his parents and )
guardians, P.A. and F.A., individually, on )
10 behalf of similarly situated individuals, and )
on behalf of THE NEIMAN MARCUS )
11 GROUP LLC HEALTH AND WELFARE ) Case No. 2:17-cv-01571-RSL
BENEFIT PLAN, )
12 ) [PROPOSED] ORDER GRANTING
Plaintiff, ) JOINT STIPULATED MOTION FOR
13 ) EXTENSION OF TIME TO FILE
v. ) RESPONSIVE PLEADING TO
14 ) COMPLAINT
THE NEIMAN MARCUS GROUP LLC )
15 HEALTH AND WELFARE BENEFIT )
PLAN; and THE NEIMAN MARCUS )
16 GROUP LLC, )
)
17 Defendant. )
)

18

19 Based on Parties' Joint Stipulated Motion for Extension of Time to File Responsive

20 Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the Parties'

21 Joint Stipulated Motion for Extension of Time is GRANTED.

22 Defendants shall file their Responsive pleading to Complaint on Monday, December 18,

2017.

23 Dated this 21st day of November, 2017.

24

25

26 _MM SLasnik_

27 THE HONORABLE ROBERT S. LASNIK

[PROPOSED] ORDER GRANTING JOINT STIPULATED       KILPATRICK TOWNSEND & STOCKTON LLP
MOTION FOR EXTENSION OF TIME TO FILE                      1420 5TH AVENUE, SUITE 3700
                                                                    SEATTLE, WA 98101
RESPONSIVE PLEADING TO COMPLAINT- 1              PHONE: 206-467-9600 FAX: 206-623-6793

KILPATRICK TOWNSEND 69728897 1