1

THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

AT SEATTLE

9

| | |
|---|---|
| F.A., by and through his parents and guardians, P.A. and F.A., individually, on behalf of similarly situated individuals, and on behalf of THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN,<br><br>                                   Plaintiff,<br><br>      v.<br><br>THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN; and THE NEIMAN MARCUS GROUP LLC,<br><br>                                   Defendant. | Case No. 2:17-cv-01571-RSL<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT |

10

11

12

13

14

15

16

17

18

19

    Based on Parties' Joint Stipulated Motion for Extension of Time to File Responsive Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the Parties' Joint Stipulated Motion for Extension of Time is GRANTED.

20

21

22

    Defendant Neiman Marcus shall file their Responsive pleading to Complaint on Wednesday, May 9, 2018.

23

    Dated this 10th day of April, 2018.

24

25

26

_____
THE HONORABLE ROBERT S. LASNIK

27

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT- 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793