THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.A., by and through his parents and guardians, P.A. and F.A., individually, on behalf of similarly situated individuals, and on behalf of THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN; and THE NEIMAN MARCUS GROUP LLC,<br><br>Defendant. | Case No. 2:17-cv-01571-RSL<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Based on Parties' Joint Stipulated Motion for Extension of Time to File Responsive Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the Parties' Joint Stipulated Motion for Extension of Time is GRANTED.

Defendant Neiman Marcus shall file their Responsive pleading to Complaint on Wednesday, August 17, 2018.

Dated this 9th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
TO COMPLAINT- 1