THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.A., by and through his parents and guardians, P.A. and F.A., individually, on behalf of similarly situated individuals, and on behalf of THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN; and THE NEIMAN MARCUS GROUP LLC,<br><br>Defendant. | Case No. 2:17-cv-01571-RSL<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Based on Parties' Joint Stipulated Motion for Extension of Time to File Responsive Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the Parties' Joint Stipulated Motion for Extension of Time is GRANTED.

Defendant Neiman Marcus shall file their Responsive pleading to Complaint on Thursday, August 30, 2018.

Dated this 17th day of ~~July,~~ Aug., 2018.

_____
THE HONORABLE ROBERT S. LASNIK

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED
MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT- 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793