THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.A., by and through his parents and guardians, P.A. and F.A., individually, on behalf of similarly situated individuals, and on behalf of THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP LLC HEALTH AND WELFARE BENEFIT PLAN; and THE NEIMAN MARCUS GROUP LLC,<br><br>Defendant. | Case No. 2:17-cv-01571-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that all claims by F.A., P.A. and F.A. are dismissed in their entirety, with prejudice. The claims of the putative class are dismissed without prejudice.

IT IS SO ORDERED.

Dated this __6th__ day of November, 2018.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

KILPATRICK TOWNSEND &
STOCKTON LLP

[~~PROPOSED~~] ORDER GRANTING STIPULATION AND
ORDER OF DISMISSAL - 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793

1  
2  *s/ Gwendolyn C. Payton*
Gwendolyn C. Payton
WSBA No. 26752
3  gpayton@kilpatricktownsend.com
Address: 1420 5th Avenue, Suite 3700
4  Seattle, WA 98101
Telephone: 206.467.9600
5  Fax: 206.623.6793
*Attorneys for Defendants The Neiman*
6  *Marcus Group LLC Health and Welfare*
*Benefit Plan, and The Neiman Marcus*
7  *Group LLC*

8  
SIRIANNI YOUTZ
9  SPOONEMORE HAMBURGER

10  */s/ Eleanor Hamburger*
Eleanor Hamburger
11  WSBA No. 26478
ehamburger@sylaw.com
12  

13  */s/ Richard E. Spoonemore*
Richard E. Spoonemore
14  WSBA No. 21833
rspoonemore@sylaw.com
15  Address: 701 Fifth Avenue, Suite 2560
Seattle, WA 98104
16  Telephone: 206.223.0303
Fax: 206.223.0246
17  *Attorneys for Plaintiff F.A.*

18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

[PROPOSED] ORDER GRANTING STIPULATION AND
ORDER OF DISMISSAL - 4

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793